UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN F. CAMPBELL,

        Plaintiff,

v.

WACHOVIA BANK, et al.,

        Defendants.
_____/

CIVIL ACTION NO. 05-73345

DISTRICT JUDGE PAUL D. BORMAN

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR STAY OF ACTION

    This case is referred to the magistrate judge for All Pretrial Proceedings. On September 26, 2005, plaintiff filed his Ex Parte Motion for Stay of Action, requesting that all proceedings in this matter be stayed for a period of eight (8) months due to plaintiff's anticipation that he would be ordered to jail by the 80th District Court for the State of Michigan. Attached to the motion was a document from the State Court, dated September 20, 2005, indicating that plaintiff would be confined for a period of thirty (30) days. That term has now expired. Plaintiff also alleged that he was financially unable to pursue this action. Having considered plaintiff's motion, the court finds that the grounds alleged are insufficient to warrant the relief requested.

    IT IS THEREFORE ORDERED that Plaintiff's Ex Parte Motion for a Stay of Action is denied.

                                       s/Donald A. Scheer
                                       DONALD A. SCHEER
                                       UNITED STATES MAGISTRATE JUDGE

DATED: 10/26/05

_____

## CERTIFICATE OF SERVICE

     I hereby certify on October 26, 2005 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 26, 2005.  **Brian Campbell, Amy Flannery.**

                                               s/Michael E. Lang
                                               Deputy Clerk to
                                               Magistrate Judge Donald A. Scheer
                                               (313) 234-5217